# INTERMEDIATE COURT OF APPEALS OF HAWAI'I

| | | | |
|---|---|---|---|
| Pappas v. Duran | CAAP–12–0000117 | 11/05/2014 | Affirmed, Vacated and Remanded |
| Ledcor - U.S. Pacific Const. LLC v. Joslin | CAAP–12–0000041 | 11/13/2014 | Affirmed in Part, Vacated in Part and Remanded |
| Vincent v. Clouse | CAAP–13–0005130 | 11/19/2014 | Vacated and Remanded |
| Cullen v. Currier | CAAP–12–0000450 | 11/20/2014 | Affirmed |
| Ramento v. M & M Tanks, Inc. | CAAP–11–0000668 | 11/26/2014 | Affirmed |
| Santiago v. Tanaka | CAAP–11–0000697 | 11/28/2014 | Affirmed |